**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Abu Ashonte ALI, a/k/a Marty Boldin, a/k/a Marty Boldwin, Defendant–Appellant.**

No. 01–6122.

United States Court of Appeals, Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Abu Ashonte Ali, pro se. Janet S. Reincke, Office of the United States Attorney, Norfolk, VA, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Abu Ashonte Ali seeks to appeal the district court's order denying his motion filed under Rule 60(b) of the Federal Rules of Civil Procedure seeking to vacate the order denying his 28 U.S.C.A. § 2255 (West Supp.2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Ali's motion was a second or successive § 2255 motion and he did not seek authorization from this court. *See* 28 U.S.C.A. §§ 2244, 2255. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*